**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 30, 2009

Charles R. Fulbruge III
Clerk

No. 08-20683
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

EDWIN MAURICIO ERAZO-VILLATORO, also known as Edwin Mouricio
Erazo, also known as Edwin Erazo Villatoro, also known as Edwin M. Erazo,
also known as Edwin M Erazo-Villatoro, also known as Hauricio Eraso-Villatoro,
also known as Edwin Mauricio Erazio, also known as Mauricio Eraso-Villatoro,
also known as Edwin Erazo-Villatoro, also known as Juan Luis Garcia, also
known as Edwin Mauricio Erazo

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:08-CR-319-ALL

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Edwin Mauricio Erazo-
Villatoro presents arguments that he concedes are foreclosed by *United States
v. Cepeda-Rios*, 530 F.3d 333, 335-36 (5th Cir. 2008), which held that even after

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

*Lopez v. Gonzales*, 549 U.S. 47 (2006), a second state conviction for simple possession of a controlled substance qualifies as an aggravated felony that supports the imposition of an eight-level enhancement under U.S.S.G. § 2L1.2(b)(1)(C). The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.